THE HONORABLE DAVID W. CHRISTEL

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SAMANTHA BODTKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABC LEGAL SERVICES, LLC,<br><br>Defendant. | Case No. 2:24-cv-02110-DWC<br><br>**NOTICE OF UNOPPOSED<br>MOTION TO CONSOLIDATE** |

Pursuant to Federal Rule of Civil Procedure 42(a)(2) and Local Civil Rule 42(b), Plaintiff Samantha Bodtker hereby provides notice that a motion to consolidate cases was filed in the first-filed related case within this District, *Crowley v. ABC Legal Services, LLC.*, Case No. 2:24-cv-02902, assigned to the Honorable Jamal N. Whitehead. Plaintiff Bodtker supports consolidation as outlined in the Motion to Consolidate.

NOTICE OF UNOPPOSED MOTION
TO CONSOLIDATE – 1
(Case No.: 2:24-cv-02110-DWC)

**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com

1 | DATED this 3rd day of January, 2025.  Respectfully submitted,

STRAUSS BORRELLI PLLC

By: */s/ Samuel J. Strauss*
Samuel J. Strauss (SBN 46971)
Raina Borrelli*
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
908 Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (608) 237-1775
Facsimile: (608) 509-4423
sam@straussborrelli.com
raina@straussborrelli.com

Daniel O. Herrera*
Nickolas J. Hagman*
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
Telephone: (312) 782-4880
Facsimile: (312) 782-4485
dherrera@caffertyclobes.com
nhagman@caffertyclobes.com

* *Pro Hac Vice* forthcoming

*Attorneys for Plaintiff and the Proposed Class*

NOTICE OF UNOPPOSED MOTION
TO CONSOLIDATE – 2
(Case No.: 2:24-cv-02110-DWC)

# CERTIFICATE OF SERVICE

I, Samuel J. Strauss, hereby certify that on January 3, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

DATED this 3rd day of January, 2025.

                                          STRAUSS BORRELLI PLLC

                                          By: */s/ Samuel J. Strauss*
                                                  Samuel J. Strauss
                                                  sam@straussborrelli.com
                                                  STRAUSS BORRELLI PLLC
                                                  One Magnificent Mile
                                                  980 N Michigan Avenue, Suite 1610
                                                  Chicago IL, 60611
                                                  Telephone: (872) 263-1100
                                                  Facsimile: (872) 263-1109

NOTICE OF UNOPPOSED MOTION
TO CONSOLIDATE – 3
(Case No.: 2:24-cv-02110-DWC)

STRAUSS BORRELLI PLLC
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com